# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2377 | **DATE** | 5/1/2003 |
| **CASE TITLE** | Domenique St. Pierre vs. Supt. Daniels, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. St. Pierre is granted leave to proceed without prepayment of the entire $150 filing fee. (3-1) The authorities at Hill are authorized to remit the sum of $3.60 as the initial installment on account of that fee. The Clerk is directed to issue summons and forward to the United States Marshal for service. This Court will await a further clarifying submission by St. Pierre as to what further relief he is seeking, before it enters any appropriate additional orders in this case. The May 16 status date is vacated.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAY 0 5 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 5/2/2003 | |
| SN | courtroom deputy's initials | | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOMENIQUE R. ST. PIERRE #B14724, )
etc., )
)
Plaintiff, )
)
v. ) No. 03 C 2377
)
SUPT. DANIELS, et al., )
)
Defendants. )

DOCKETED
MAY 0 5 2003

MEMORANDUM ORDER

This Court's April 14, 2003 memorandum order ("Order") included both a direction to plaintiff Domenique St. Pierre ("St. Pierre") and a request to the Illinois Attorney General's Office in connection with St. Pierre's complaint about having been deprived of religious materials while he was confined at Joliet Correctional Center. At this point the Attorney General's Office has promptly arranged for the return of those materials to St. Pierre, and St. Pierre has supplemented his earlier submission of information regarding his inmate trust fund by transmitting a printout from Hill Correctional Center ("Hill," where he is now in custody) covering the period from April 1 through April 14, 2003.

Unfortunately, in doing so St. Pierre did not conform to the directive contained in the Order, under which he was supposed to provide a printout that covered his entire time at Hill through March 31, 2003. At this point, then, the only information that has been tendered to this Court for the six-month period made

relevant by 28 U.S.C. §1915 ("Section 1915") spans the four months from October 2002 through January 2003.

Instead of requiring St. Pierre to go back again to obtain more information that could at worst involve a minor change in the initial payment called for by Section 1915, this Court has made the calculation covering the average deposits to his account for that four-month period. Those work out to an $18.06 average.

Accordingly St. Pierre is granted leave to proceed without prepayment of the entire $150 filing fee, but the authorities at Hill are ordered to remit the sum of $3.60 as the initial installment on account of that fee (the 20% figure required by Section 1915(b)(1)) as soon as any deposit of at least that amount comes into the trust fund account. Thereafter the trust fund officer at Hill or any other correctional facility where St. Pierre is confined is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $150 filing fee is paid. Both the initial payment and all future payments shall be sent to the Clerk, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attention: Fiscal Department, and shall clearly identify St. Pierre's name and the 03 C 2377 case number assigned to this

action. To implement these requirements, the Clerk shall send a copy of this order to the Hill trust fund officer.

Because St. Pierre qualifies for in forma pauperis treatment under the special provisions for prisoner litigants set out in Section 1915, arrangements are also being made for service on the named defendants through the United States Marshals Service. But it is unclear from St. Pierre's request for relief in his Complaint ¶VI just what he is seeking beyond the return of his religious materials--something that has already been accomplished at this Court's request. Hence this Court will await a further clarifying submission by St. Pierre as to what further relief (if any) he is seeking, and against whom, before it enters any appropriate additional orders in this case.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date: May 1, 2003